

**U.S. Department of Justice**
*United States Attorney*
*Eastern District of New York*

**F.# 2011RO2117**

225 Cadman Plaza East
Brooklyn, New York 11201

December 23, 2011

Re:  U.S. vs. Ryan Hermon
<u>Criminal Docket No. CR-11-850</u>

Dear Mr. Ryan Hermon:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza, Brooklyn, New York, on Wednesday the 4th day of January, 2012 at 11:00 A.M., A. Simon Chrein Ceremonial Courtroom 2A, South Wing, 2nd floor. At that time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you fail to attend, a warrant will be sought for your arrest.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the new Courthouse building at least one hour before the case is to be called so that a pretrial services report can be completed.

Very truly yours,

Lorretta Lynch
UNITED STATES ATTORNEY

By: _____
Brenda L. Lewis
Paralegal Assistant

CC: Hon. Sandra Townes (Mag. Azrack will accept the plea)

Lan Nguyen
Assistant U.S. Attorney

Douglas P, Byrne, Esq.

Pretrial Services Officer