07/11/2012 15:26 6312341635 BROCATO&BYRNE,LLP PAGE 01/01
Case 1:11-cr-00850-SLT Document 35 Filed 07/17/12 Page 1 of 1 PageID #: 163
Case 1:11-cr-00850-SLT Document 34 Filed 07/11/12 Page 1 of 1 PageID #: 162



**BROCATO & BYRNE, LLP**
*Attorneys at Law*

BROOKLYN OFFICE

July 11, 2012

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ JUL 17 2012 ★

Via ECF

The Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The application is  ☒ granted.
SO ORDERED.            ___ denied.

/s/(SLT)
───────────────────────────
Sandra L. Townes, U.S.D.J.
Dated: July 16, 2012
Brooklyn, New York

Re: *United States v. Ryan Hermon*
11-CR-850 (SLT) (EDNY)

Dear Judge Townes:

We represent Defendant Ryan Hermon, in the above-referenced matter, and are writing to request a modification of her conditions of release to permit her to travel to Montego Bay, Jamaica from Thursday July 19, 2012 through Sunday July 22, 2012.

Ms. Hermon is presently at liberty on an appearance bond that restricts her travel to New York State. However, we are writing to request authorization for Ms. Hermon to travel to and stay in Montego Bay, Jamaica. The purpose of this request is to allow Ms. Hermon the opportunity to spend a long planned weekend with family.

Please be advised that we have communicated with Ms. Hermon's Pre-Trial Services Officer, Bianca Carter, as well as with Assistant United States Attorney Lan Nguyen, and neither objects to the instant application.

Respectfully submitted,
Brocato & Byrne, LLP

Douglas Byrne Esq.

CC: AUSA Lan Nguyen (by ECF)

320 Carleton Avenue • Suite 3400 • Central Islip, New York 11722 • Phone 631-234-1650 • Fax 631-234-1635